UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVIT MKRTCHYAN,                                   :
                                                   :          21-CV-11232 (PAE) (RWL)
                              Plaintiff,           :
                                                   :          **ORDER**
              - against -                          :
                                                   :
CITY OF NEW YORK, et al.,                          :
                                                   :
                              Defendants.          s:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _7/25/2022_

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendants having reported that they have received the requisite signed release

pursuant to NYCPL 160.50, by September 15, 2022, Defendant shall notify Plaintiff of the

identity of the John Doe Defendants.  By October 5, 2022, Plaintiff shall file an amended

complaint replacing John Doe(s) with the newly identified Defendants.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 25, 2022
        New York, New York

Copies transmitted this date to all counsel of record.

1