UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVIT MKRTCHYAN,

                Plaintiff,

    - against -

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

21-CV-11232 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On November 22, 2022, pursuant to this Court's *Valentin* order (Dkt. 8), the New York City Law Department filed a letter identifying two John Doe police officers (Dkt. 22). Pursuant to the *Valentin* order, Plaintiff must now file an amended complaint naming the two identified officers as defendants. Plaintiff shall file the amended complaint by **December 22, 2022.** The amended complaint will replace, not supplement, the original complaint. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if appropriate, issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for the named John Doe defendants and deliver all documents necessary to effect service to the U.S. Marshals Service.

      The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff and notice service on the docket.

                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: November 23, 2022
      New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Davit Mkrtchyan
34-35 74th Street, Apt. 2B
Jackson Heights, NY 11372