RECEIVED

2022 DEC 22 AM 9:59

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

DAVIT MKRTCHYAN

Write the full name of each plaintiff.

-against-

THOMAS SMITH,
CHRISTOPHER COLLINS, in
their OFFICIAL AND INDIVIDUAL
CAPACITIES.

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

21 CV 1307 (RPK)(CLP)

(Include case number if one has been assigned)

AMENDED
**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

DEFENDANTS VIOLATED PLAINTIFF'S FIRST AMENDMENT Rights, 42 U.S.C. § 1983

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_DAVIT_ _____ _MKRTCHYAN_
First Name    Middle Initial    Last Name

_34-35 74th Street_
Street Address

_Jackson Heights_, _New York_   _11372_
County, City              State        Zip Code

_646-753-3618_           _SEKLGE@yahoo.com_
Telephone Number          Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
First Name: Thomas
Last Name: Smith
TAX# 939495
Current Job Title (or other identifying information): Captain of New York City (NYPD) Police.
Current Work Address (or other address where defendant may be served): 1st Precinct, 16 Ericsson Place
County, City: New York
State: NY
Zip Code: 10013

Defendant 2:
First Name: Christopher
Last Name: Collins
shield 30301
Current Job Title (or other identifying information): Police Officer of NYPD
Current Work Address (or other address where defendant may be served): 10th Precinct, 230 West 20th Street
County, City: New York
State: NY
Zip Code: 10011

Defendant 3:
First Name:
Last Name:
Current Job Title (or other identifying information):
Current Work Address (or other address where defendant may be served):
County, City:
State:
Zip Code:

Defendant 4: _____

First Name        Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City        State        Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: West 50th Street at the Rockefeller Center.

Date(s) of occurrence: 12/29/2018

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

1. PLAINTIFF AS A PHOTOGRAPHER FOR HIRE HOLD PLACARD WITH THE SAMPLES OF PHOTOGRAPHS AT THE CURBSIDE OF PEDESTRIAN WALK OF WEST 50th STREET.

2. DEFENDANTS DEMANDED to show LICENS to SELL PHOTOGRAPHS, AND TOLD PLAINTIFF THAT IT WAS PROHIBITED to SELL ON THE PRIVATE PROPERTY OF THE ROCKEFELLER CENTER.

3. DEFENDANTS THREATENED PLAINTIFF WITH ARREST.

4. CAPTAIN SMITH ORDERED P.O. COLLINS TO ISSUE FOR PLAINTIFF TWO TICKETS TO CRIMINAL COURT, WHICH LATER WERE DISMISSED.

5. DEFENDANTS ALSO TOOK PLAINTIFF'S PHOTOGRAPHIC EQUIPMENT.

## CAUSES OF ACTION.

1. VIOLATION OF PLAINTIFF'S FIRST AMENDMENT RIGHTS.
2. MALICIOUS PROSECUTION.
3. UNLAWFUL TAKING OF PLAINTIFF'S PROPERTY.
4. FRAUDULENT MISREPRESENTATION.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

1. INFLICTION OF EMOTIONAL DISTRESS.
2. LOSS OF INCOME.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

1. PLAINTIFF DEMANDS MONEY DAMAGES IN THE amount to be DETERMINED by THE JURY.
2. Other RELIEFS which COURT FINDS JUST AND PROPER.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 12/21/2022 | [Signature] |
|---|---|
| Dated | Plaintiff's Signature |

| DAVIT | | MKRTCHYAN |
|---|---|---|
| First Name | Middle Initial | Last Name |

34-35 74th Street
Street Address

| JACKSON Heights | NEW YORK | 11372 |
|---|---|---|
| County, City | State | Zip Code |

| 646-753-3618 | sekl9e@yahoo.com |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_DAVIT MKRTCHYAN_
(List the name(s) of the plaintiff(s)/petitioner(s).)

21 Civ. 1307 (RPK)(CLP)

- against -

_THOMAS SMITH et. AL._

**AFFIRMATION OF SERVICE**

(List the name(s) of the defendant(s)/respondent(s).)

I, (print your name) _DAVIT MKRTCHYAN_, declare under penalty of perjury that I served a copy of the attached (list the names of the documents you served): _AMENDED COMPLAINT_

upon all other parties in this case by (state how you served the documents, for example, hand delivery, mail, overnight express) _MAIL_ to the following persons (list the names and addresses of the people you served): _LAW OFFICE OF NYC, 100 CHURCH Street, NY 10007_

on (date you served the document(s)) _12/21/2022_.

_12/21/2022_
Dated

Signature: _DAVIT MKRTCHYAN_
Address: _34-35 74th Street_
City, State: _JACKSON Height, New York_
Zip: _11372_
Telephone Number: _646-753-3618_
E-Mail Address: _sekLge@yahoo.com_

Rev. 01/2013

**FedEx Envelope**

FROM:
DAVIT MKRTCHYAN
34-35 74 ST.
NY 11372

TO: PRO SE CLERK'S OFFICE
U.S. FEDERAL COURT (SDNY)
500 PEARLE STR.
NEW YORK, NY

RECEIVED
SDNY PRO SE OFFICE
2022 DEC 22 AM 9:59

U.S. DISTRICT COURT SDNY
2022 DEC 21 PM 3:05

USM SDNY