USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVIT MKRTCHYAN,

                    Plaintiff,

          - against -

CITY OF NEW YORK, et al.,

                    Defendants.
------------------------------------------------------------X

21-CV-11232 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On November 22, 2022, pursuant to this Court's *Valentin* order (Dkt. 8), the New York City Law Department filed a letter identifying two John Doe police officers as Police Officer Christopher Collins and Captain Thomas Smith (Dkt. 22). On December 21, 2022, Plaintiff filed an amended complaint naming the two identified officers as Defendants. (Dkt. 24.) The Court has screened the amended complaint. The Court now directs the Clerk of Court to complete the USM-285 forms with the addresses for the identified and named John Doe defendants and to deliver all documents necessary to effect service to the U.S. Marshals Service.

      The names and addresses of the two officers are: (1) Police Officer Christopher Collins, Shield 30301 of the 10th Precinct, 230 West 20th Street, New York, New York, 10011 and (2) Captain Thomas Smith, Tax #939495, NYPD's 1st Precinct, 16 Ericsson Place, New York, New York, 10013.

      The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 23, 2022
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Davit Mkrtchyan
34-35 74th Street, Apt. 2B
Jackson Heights, NY 11372