```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVIT MKRTCHYAN,

                Plaintiff,

     - against -

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

21-CV-11232 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Pursuant to the civil case management plan and scheduling order entered on October 10, 2023, the parties are required to file a status report every 90 days. No status report has been filed, even though the January 10, 2024 deadline expired almost a month ago. Accordingly, by February 15, 2024, the parties shall file a status report.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: February 8, 2024
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Davit Mkrtchyan
34-35 74th Street, Apt. 2B
Jackson Heights, NY 11372

1