```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVIT MKRTCHYAN,                                            :
                                                            :   21-CV-11232 (PAE) (RWL)
                            Plaintiff,                      :
                                                            :   ORDER
            - against -                                     :
                                                            :
CITY OF NEW YORK, et al.,                                   :
                                                            :
                                                            :
                            Defendants.                     :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the civil case management plan and scheduling order entered on October 10, 2023, the parties are required to file a status report every 90 days. (Dkt. 36.) On February 8, 2024, the Court reminded the parties of the 90-day status report requirement and ordered the parties to file a status report by February 15, 2024. (Dkt. 40.) To date, no status report has been filed. Accordingly, by March 12, 2024, the parties shall file a joint status report.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 27, 2024
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Davit Mkrtchyan
34-35 74th Street, Apt. 2B
Jackson Heights, NY 11372