```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVIT MKRTCHYAN,

             Plaintiff,

     - against -

CITY OF NEW YORK, et al.,

            Defendants.
------------------------------------------------------------X

21-CV-11232 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Defendant last filed a status report on March 12, 2024. As acknowledged in that letter, the discovery deadline expired March 31, 2024. Defendant's letter indicated that the parties were engaged in settlement discussions. Since then, Plaintiff has not done anything since to progress the case. Accordingly, by June 19, 2024, Defendant shall meet and confer with Plaintiff and file a status report. Absent settlement, the parties shall file a letter that same date with Judge Engelmayer regarding summary judgment and/or trial.

                           SO ORDERED.

                           _____
                           ROBERT W. LEHRBURGER
                           UNITED STATES MAGISTRATE JUDGE

Dated: June 12, 2024
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Davit Mkrtchyan
34-35 74th Street, Apt. 2B
Jackson Heights, NY 11372